UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02247-SSS-DTBx | Date | December 18, 2024 |
| Title | *Melyssa Blankenship v. Target Corporation* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 22, 2024, Defendant Target Corporation ("Target") filed a Notice of Removal.  [Dkt. 1].  Target provided a proof of service stating it emailed pro se Plaintiff Melyssa Blankenship ("Blankenship") the Notice of Removal.  [Dkt. 1-3 at 3].  Since removal, no party has filed anything.

On November 18, 2024, this Court issued an Order to Show Cause regarding potential dismissal for lack of prosecution.  [Dkt. 8].  As of this order, Blankenship has not responded and mailed notice of the Court's November 18, 2024 Order to Show Cause was returned to sender.  [Dkt. 9].

The Court orders both parties to show cause as to why this case should not be remanded for failure to prosecute or otherwise move this case along.  Parties

shall respond in writing on or before **December 30, 2024** at noon, and an OSC hearing is set for **January 10, 2025 at 1:00 p.m.**, via [1]Zoom videoconference.

    **IT IS SO ORDERED.**

---

[1] To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes. Please follow the instructions listed under "Zoom Webinar Information."